277 So.2d 395

**In re James M. SCOPOLITES**

**v.**

**STATE.**

**Ex parte James M. Scopolites.**

**SC 342.**

Supreme Court of Alabama.

May 3, 1973.

David L. Barnett, Mobile, for petitioner.

No brief for respondent, the State.

BLOODWORTH, Justice.

Petition of James M. Scopolites for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Scopolites v. State, 50 Ala. App. 115, 277 So.2d 389.

Writ denied.

COLEMAN, McCALL, FAULKNER and JONES, JJ., concur.

281 So.2d 668

**In re Edward Albert SEIBOLD, alias**

**v.**

**STATE.**

**Ex parte Edward Albert Seibold.**

**SC 324.**

Supreme Court of Alabama.

May 24, 1973.

J. Douglas McElvey, Tuscaloosa, for petitioner.

No brief for the State.

JONES, Justice.

Petition of Edward Albert Seibold for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Seibold, alias v. State, 50 Ala.App. 613, 281 So.2d 667.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

283 So.2d 453

**In re Irma Dell SENN**

**v.**

**STATE.**

**Ex parte Irma Dell Senn.**

**SC 478.**

Supreme Court of Alabama.

Sept. 27, 1973.

John B. Crawley, Troy, for petitioner.

No brief for respondent.

MADDOX, Justice.

Petition of Irma Dell Senn for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Senn v. State, 51 Ala.App. 138, 283 So. 2d 448.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.